727 A.2d 121

Kyle WILLIAMS, Appellant,

v.

COMMONWEALTH of Pennsylvania, BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

April 1, 1999.

## ORDER

PER CURIAM:

AND NOW, this 1st day of April, 1999, the order of the Commonwealth Court of Pennsylvania is AFFIRMED.